UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KIMBERLYANN SIWY

        v.                                                 CA No. 16-011 ML

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on December 1, 2016. No objection has been filed, and the time for doing so has passed.

This Court, having reviewed the motion papers and the Report and Recommendation, concurs in the Magistrate Judge's findings and legal conclusions. Accordingly, the Court adopts the Report and Recommendation. Plaintiff's Motion for Reversal (Docket #10) is DENIED. Defendant's Motion to Affirm (Docket #13) is GRANTED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Senior United States District Judge
January 3, 2017